UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:16 CR 110 T 33 AEP

OSCAR ANDRES CARRERA QUINONES
JOSE VICENTE HERNANDEZ MADRID
CECILIO ESTUPINAN REINA
LUIS CARLOS MENDOZA

46 U.S.C. § 70503(a)(1)
46 U.S.C. § 70506(a), and (b)
21 U.S.C. § 881 – Forfeiture
46 U.S.C. § 70507 – Forfeiture
28 U.S.C. § 2461 – Forfeiture

**INDICTMENT**

The Grand Jury charges:

SEALED

**COUNT ONE**

Beginning on an unknown date and continuing until on or about March 3, 2016, while on board a vessel subject to the jurisdiction of the United States, the defendants,

OSCAR ANDRES CARRERA QUINONES
JOSE VICENTE HERNANDEZ MADRID
CECILIO ESTUPINAN REINA, and
LUIS CARLOS MENDOZA

each of whom will be first brought into the United States at a point in the Middle District of Florida, did knowingly and willfully combine, conspire and agree with each other and with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 46, United States Code, Section 70503(a)(1).

All in violation of Title 46, United States Code, Section 70506(a) and (b), and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about March 3, 2016, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

**OSCAR ANDRES CARRERA QUINONES**
**JOSE VICENTE HERNANDEZ MADRID**
**CECILIO ESTUPINAN REINA, and**
**LUIS CARLOS MENDOZA**

each of whom will be first brought into the United States at a point in the Middle District of Florida, did knowingly and intentionally, while aiding and abetting each other and other persons known and unknown to the Grand Jury, possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a); Title 18, United States Code, Section 2; and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 46, United States Code, Section 70507; Title 21, United States Code, Section 881(a); and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violations alleged in Counts One and Two the defendants, shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507; Title 21, United States Code, Section 881(a); and Title 28, United States Code, Section 2461(c), all property subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(1) through (11) that was used or intended to for use to commit, or facilitate the commission of, such offenses.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of any of the defendants:

        (a)     cannot be located upon the exercise of due diligence;

        (b)     has been transferred or sold to, or deposited with, a third person;

        (c)     has been placed beyond the jurisdiction of the Court;

        (d)     has been substantially diminished in value; or

        (e)     has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Daniel M. Baeza
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Narcotics Section

C:\Users\tpaul\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\FJ3IK328\m_Indictment Package (4).docx

4

FORM OBD-34
APR 1991

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

OSCAR ANDRES CARRERA QUINONES
JOSE VICENTE HERNANDEZ MADRID
CECILIO ESTUPINAN REINA, and
LUIS CARLOS MENDOZA

INDICTMENT

Violations:

Title 46, United States Code, Section 70506(a), (b)
Title 46, United States Code, Section 70503(a)(1)
Title 18, United States Code, Section 2

A true bill,

_____
Foreperson

Filed in open court this 10th day of March 2016.

_____
Clerk

Bail $_____

GPO 863 525